UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>                          Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                          Plaintiff,<br><br>v.<br><br>CHERYL MCLEAN and RONALD MCLEAN,<br>                          Defendants. | NO: CV-12-436-RMP<br><br>Bankr. Case No. 09-06194-PCW11<br><br>Adv. Proc. No. 11-80162-PCW11<br><br>ORDER DISMISSING CASE WITH PREJUDICE |

**BEFORE THE COURT** is the Notice of Dismissal of Adversary Proceeding filed in the bankruptcy court on October 15, 2013, BK ECF No. 38, and filed in district court on October 17, 2013, DC ECF No. 21.

ORDER DISMISSING CASE WITH PREJUDICE ~ 1

Having reviewed the Notice and all relevant filings, the Court finds good cause to dismiss this action. Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's complaint is hereby **dismissed with prejudice** pursuant to the Settlement Agreement entered into by the parties.

2. All pending motions are denied as moot.

3. All pending court dates are stricken.

**IT IS SO ORDERED**.

The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel, Defendants, and to Judge Patricia C. Williams.

**DATED** this 18th day of October 2013.

                    *s/ Rosanna Malouf Peterson*
                    ROSANNA MALOUF PETERSON
                    Chief United States District Court Judge